IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY RAY SCOTT**                                                                                **PETITIONER**
**ADC #76695**

**v.**                          **CASE NO. 5:15CV00201 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                            **RESPONDENT**

## ORDER

The proposed findings and recommendations ("RD") submitted by United States Magistrate Judge Jerome T. Kearney and petitioner Billy Scott's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1     Scott's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1] is dismissed with prejudice as unauthorized successive filing.

2     A certificate of appealability will not issue because Scott has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c).

3     Accordingly, Scott's motions for a certificate of appealability [Doc. Nos. 2 & 10] are denied.

IT SO ORDERED this 4th day of August 2015.

                                                                                                 /s/ Brian S. Miller
                                                                   UNITED STATES DISTRICT JUDGE